## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JUDGE MARK A. BRUNO, | : | |
|     Plaintiff, | : | |
| | : | CIVIL ACTION |
| v. | : | NO. 13-1357 |
| | : | |
| THE SUPREME COURT OF | : | |
| PENNSYLVANIA, et al., | : | |
|     Defendants. | : | |

## **ORDER**

**AND NOW**, this _13th_ day of _____May____, 2013, it is **ORDERED** that Plaintiff's Motion for Preliminary Injunction (ECF No. 2) is **DENIED**.

                                                  s/Anita B. Brody

                                          _____
                                          ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:                  Copies **MAILED** on _____ to: